NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EMERSON PINKNEY, DOC# 719392, )
)
    Appellant, )
)
v. )    Case No. 2D17-4265
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph Fuller, Jr., Judge.

Emerson Pinkney, pro se.


PER CURIAM.

    Affirmed.


MORRIS, BLACK, and SALARIO, JJ., Concur.